### 3895. WEAVER MERCHANDISE CO. *v.* BRITT.

RUSSELL, J. The evidence being conflicting, and no errors of law being assigned in the petition, the judgment of the superior court, overruling the certiorari, will not be disturbed.                *Judgment affirmed.*
DECIDED SEPTEMBER 24, 1912.

Certiorari; from Upson superior court—Judge R. T. Daniel. November 15, 1911.

*J. Y. Allen, Hugh Thurston,* for plaintiff in error.
*W. Y. Allen,* contra.